# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR 22 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| FRED JAY OTTO (1) | (For Offenses Committed On or After November 1, 1987) |

Case Number: 03CR1633-IEG

ROBERT L. SWAIN
Defendant's Attorney

**REGISTRATION No.** 87404198

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. 1

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following allegation(s):

**Allegation Number**  **Nature of Violation**
1   Committed a federal, state or local offense.

Supervised Release is revoked and the defendant is sentenced as provided in pages 2 through 3 of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 19, 2012
Date of Imposition of Sentence

HON. IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

03CR1633-IEG

DEFENDANT: FRED JAY OTTO (1)
CASE NUMBER: 03CR1633-IEG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
60 days to run consecutively with USDC Southern District of California case 11CR0377-L.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to the medical institution in Rochester, Minnesota.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

03CR1633-IEG

DEFENDANT: FRED JAY OTTO (1)
CASE NUMBER: 03CR1633-IEG

# RESTITUTION

The defendant shall pay restitution in the amount of _____$44,050.00_____ unto the United States of America.

This sum shall be paid ___ immediately.
                _x_ as follows:

To be paid through the Clerk, U.S. District Court, to the following victims in the amounts specified payable at the rate of $50.00 a month or through the Inmate Financial Responsibility Program during the period of incarceration, with the payment of any remaining balance to be made following the defendant's release from prison as determined by the Court. Distribution of restitution to the victims is to be on a pro rata basis.

| | |
|---|---|
| Union Bank of California<br>1706 Garnet Avenue<br>San Diego, CA 92109 | $4,230.00 |
| First National Bank of San Diego<br>P.O. Box 85625<br>San Diego, CA 92186-5625 | $7,320.00 |
| First Republic Bank<br>111 Pine Street<br>San Francisco, CA 94111 | $32,500.00 |

The Court has determined that the defendant  does not  have the ability to pay interest. It is ordered that:

_X_ The interest requirement is waived.

___ The interest is modified as follows:

03CR1633-IEG